# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>                Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>                Defendants. | 1:19-cv-01692-DAD-GSA-PC<br><br>**ORDER TRANSFERRING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS RIVERSIDE COUNTY SUPERIOR COURT, MR. MIRANDA, AND RIVERSIDE COUNTY JAIL TO THE CENTRAL DISTRICT OF CALIFORNIA** |

      Jesus Torres ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) Plaintiff names as defendants the Riverside County Superior Court, Mr. Miranda (arresting officer), Riverside County Jail, and Mr. Sullivan (Warden of CCI).

      Plaintiff's claims against defendants Riverside County Superior Court, Mr. Miranda, and Riverside County Jail arose from events occurring in Riverside County, California, which is located in the Central District of California. Plaintiff's claims against defendant Sullivan arose from events occurring in Kern County, California, which is located in the Eastern District of California.

      The federal venue statute requires that a civil action may be brought in "**(1)** a judicial district in which any defendant resides, if all defendants are residents of the State in which the

district is located; **(2)** a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or **(3)** if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action. 28 U.S.C. § 1391.

Plaintiff's claims against defendants Riverside County Superior Court, Mr. Miranda, and Riverside County Jail shall be severed from this case and transferred to the Central District of California, to proceed as a separate civil action in that district.

Plaintiff's claims against defendant Sullivan will proceed in this action at the Eastern District of California.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against defendants Riverside County Superior Court, Mr. Miranda, and Riverside County Jail are severed from this action and transferred to the United States District Court for the Central District of California, to proceed as a separate civil action in that district;
2. The Clerk's Office shall forward to the United States District Court for the Central District of California:
    (1) a copy of this order, and
    (2) a copy of the Complaint filed in this action on December 3, 2019 (ECF No. 1); and
3. Plaintiff's claims against defendant Sullivan shall proceed in this action at the Eastern District of California.

IT IS SO ORDERED.

Dated: __**January 17, 2020**__            _____/s/ Gary S. Austin_____
                                             UNITED STATES MAGISTRATE JUDGE