JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. EDCV 20-0156-SVW (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

DATED: October 22, 2020

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE